UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUDITH KAMPFER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff<br><br>v.<br><br>FIFTH THIRD BANK, *et al.*<br><br>Defendants. | Case No. 3:14-cv-02849<br><br>Judge Jeffrey J. Helmick |

## **FINAL JUDGMENT AND APPROVAL OF SETTLEMENT**

Pending before me is Plaintiffs' Unopposed Motion for Final Approval of FLSA Settlement, Attorney's Fees and Expenses, and Service Payments, and Costs of Administration, as well as the declarations submitted therewith.  On June 8, 2017, I heard the oral arguments of counsel at a Final Approval Hearing.  Counsel for Plaintiffs represented there were no objections to the Settlement Agreement and no one appeared at the hearing to voice objections to the Agreement.

Accordingly, I find the Settlement Agreement executed March 10, 2017, between the parties represents a fair and reasonable resolution of a bona fide dispute.  I further find the requested attorneys' fees, expenses, administrator expenses, and service payment are reasonable and appropriate.  For the reasons stated on the record at the Final Approval Hearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Plaintiff's unopposed Motion for Final Approval of FLSA Settlement, Attorney's Fees and Expenses and Service Payments, and Costs of Administration (Doc. No. 94) is granted and The Settlement Agreement, attached hereto as Exhibit A, is hereby approved.

2. Attorneys' fees in the amount of $569,897.29 are hereby approved and awarded to Plaintiffs' counsel.

1

3. Expenses in the amount of $30,102.71, are hereby approved and awarded to Plaintiff's counsel.

4. A service payment in the amount of $10,000.00 to the named plaintiff, Judith Kampfer, is hereby approved.

5. Settlement administration expenses of $10,596.00 are hereby awarded to RG/2 Claims Administration LLC. for its services as Settlement Administrator.

6. The amounts set forth in paragraphs 2-5 of this Order are components of the gross settlement amount and shall be paid in accordance with the terms of the Settlement Agreement.

7. The claims of the named Plaintiff, Judith Kampfer, and all individuals who affirmatively opted into the Case are hereby dismissed **WITH PREJUDICE**.

8. This Court retains jurisdiction regarding any matters arising out of the Settlement Agreement.

Dated: June 15, 2017

**SO ORDERED:**

s/ Jeffrey J. Helmick
United States District Judge